1  **HOWARD A. KROLL, CA Bar No. 100981**
   howard.kroll@cph.com
2  **STEVEN E. LAURIDSEN, CA Bar No. 246364**
   steven.lauridsen@cph.com
3  **CHRISTIE, PARKER & HALE, LLP**
   **655 N. Central Avenue, Suite 2300**
4  **Glendale, California 91203-1445**
   **Telephone: (626) 795-9900**
5  **Facsimile:  (626) 577-8800**

6  Attorneys for Defendants,
   SMASH PICTURES, INC.,
7  DANIEL QUINN, STUART WALL; JAMES
   LANE aka JIM POWERS and
8  RIGHT ASCENSION, INC. d/b/a
   ADULT DVD EMPIRE

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL  DISTRICT OF CALIFORNIA
11

12  FIFTY SHADES LIMITED, a United | Case No. CV12-10111 ABC (SHx)
    Kingdom private company; and
13  UNIVERSAL CITY STUDIOS LLC, a | **ANSWER TO COMPLAINT**
    Delaware limited liability company,
14                                  | **JURY DEMAND**

15                Plaintiffs,

16        vs.

17  SMASH PICTURES, INC., a
    California corporation; LUV MOVES,
18  a business entity of unknown form;
    DANIEL QUINN, an individual;
19  STUART WALL, an individual;
    JAMES LANE aka JIM POWERS, an
20  individual; RIGHT ASCENSION,
    INC., d/b/a ADULT DVD EMPIRE, a
21  Pennsylvania corporation; and DOES 1
    through 10, inclusive,

22                Defendants.

23

24       Defendants Smash Pictures, Inc., Daniel Quinn, Stuart Wall, James Lane

25  aka Jim Powers, Right Ascension, Inc., d/b/a Adult DVD Empire (collectively

26  "Defendants") hereby respond to the allegations in the Complaint filed by

27

28

CHRISTIE, PARKER & HALE, LLP

Plaintiff Fifty Shades Limited and Universal City Studios LLC (collectively "Plaintiffs") as follows:

### NATURE OF THE ACTION

1.      Defendants deny the allegations contained in Paragraph 1.

2.      Defendants lack information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2.

3.      Except to admit that they have produced and sold or are producing the films referenced in Paragraph 3, Defendants deny the allegations contained in that paragraph.

4.      Except to say that any statements made on the DVD box or in a publication speak for themselves, Defendants deny the allegations contained in Paragraph 4.

5.      Defendants deny the allegations contained in Paragraph 5.

6.      The contents of the "Fifty Shades of Pleasure: Play Kit & Movie" product speak for themselves.   Defendants deny the remaining allegations contained in Paragraph 6.

7.      Defendants deny the allegations contained in Paragraph 7.

### JURISDICTION AND VENUE

8.      Defendants admit that this is a civil actions for the purported violations set forth in Paragraph 8.

9.      Defendants admit that this Court has subject matter jurisdiction because it involves purported acts arising under the federal Copyright Act and the federal Lanham Act.

10.      Defendants admit that this Court has personal jurisdiction over them but deny any wrongdoing.

11.      Defendants admit that venue is proper in this judicial district but deny any wrongdoing.

CHRISTIE, PARKER & HALE, LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THE PARTIES**

12.    Defendants lack knowledge sufficient to form a belief about the truth of the allegations contained in Paragraph 12.

13.    Defendants lack knowledge sufficient to form a belief about the truth of the allegations contained in Paragraph 13.

14.    Defendants admit the allegations contained in Paragraph 14.

15.    Defendants deny the allegations contained in Paragraph 15.

16.    Defendants admit the allegations contained in Paragraph 16.

17.    Except to admit that Stuart Wall is a resident of Sherman Oaks, California, Defendants deny the allegations contained in Paragraph 17.

18.    Except to admit that James Lane aka Jim Powers is a resident of Northridge, California, Defendants deny the allegations contained in Paragraph 18.

19.    Defendants admit the allegations contained in Paragraph 19, except to the extent that the XXX Adaptations have been characterized or defined as infringing and to the extent that any of Defendants' products constitute infringing works or products.

20.    Defendants lack knowledge sufficient to form a belief as to the truth of any allegations concerning any unknown Does entities or individuals; however, Defendants deny any allegations contained in Paragraph 20 concerning their own alleged wrongdoing or infringement.

**THE FIFTY SHADES TRILOGY**

21.    The novel *Fifty Shades of Grey* and its contents speak for themselves.  Defendants lack knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 21.

22.    The novel *Fifty Shades Darker* and its contents speak for themselves.

23.    The novel *Fifty Shades Freed* and its contents speak for themselves.

CHRISTIE, PARKER & HALE, LLP

24.     Defendants lack knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25.     Defendants lack knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26.     Except to say that any cited publications speak for themselves, Defendants lack knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 26.

27.     Except to say that the cited copyright registrations speak for themselves, Defendants lack knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28.     Defendants lack knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 28.

## DEFENDANTS' INFRINGING WORKS

29.     Defendants deny the allegations contained in Paragraph 29.

30.     Except to say that the cited synopsis and DVD case speak for themselves, Defendants deny the allegations contained in Paragraph 30.

31.     The contents of the accused works and the Fifty Shades Trilogy speak for themselves.  Defendants deny any remaining allegations contained in Paragraph 31.

32.     The contents of accused works and the Fifty Shades Trilogy speak for themselves.  There are no other allegations in Paragraph 32 that warrant an admission or denial; however, Defendants deny any wrongdoing in general.

33.     The contents of accused works and the Fifty Shades Trilogy speak for themselves.  There are no other allegations in Paragraph 33 that warrant an admission or denial; however, Defendants deny any wrongdoing in general.

34.     The contents of accused works and the Fifty Shades Trilogy speak for themselves.  There are no other allegations in Paragraph 34 that warrant an admission or denial; however, Defendants deny any wrongdoing in general.

CHRISTIE, PARKER & HALE, LLP

35.     The contents of accused works and the Fifty Shades Trilogy speak for themselves.  There are no other allegations in Paragraph 35 and its subparts that warrant an admission or denial; however, Defendants deny any wrongdoing in general.

36.     Except to say that the cited interviews and publications speak for themselves, Defendants deny the allegations contained in Paragraph 37.

37.     The accused words and their packaging, advertising, and promotion speak for themselves.  There are no other allegations in Paragraph 37 that warrant an admission or denial; however, Defendants deny any wrongdoing in general.

38.     The contents of accused works and the Fifty Shades Trilogy speak for themselves, as do their respective packaging.  There are no other allegations in Paragraph 38 that warrant an admission or denial; however, Defendants deny any wrongdoing in general.

39.     Defendants deny the allegations contained in Paragraph 39.

## FIRST CLAIM FOR RELIEF

## COPYRIGHT INFRINGEMENT – 17 U.S.C. §106

40.     Defendants reallege and incorporate by reference their responses to Paragraphs 1 through 39.

41.     Defendants lack knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 41.

42.     Defendants deny the allegations contained in Paragraph 42.

43.     Defendants deny the allegations contained in Paragraph 43.

44.     Defendants deny the allegations contained in Paragraph 44.

45.     Defendants deny the allegations contained in Paragraph 45.

46.     Defendants deny the allegations contained in Paragraph 46.

CHRISTIE, PARKER & HALE, LLP

## SECOND CLAIM FOR RELIEF

## FALSE DESIGNATION OF ORIGIN AND UNFAIR

## COMPETITION – 15 U.S.C. §1125(a)(1)(A)

47.     Defendants reallege and incorporate by reference their responses to Paragraphs 1 through 46.

48.     Defendants lack information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48.

49.     Defendants deny the allegations contained in Paragraph 49.

50.     Defendants deny that they have engaged in the conduct alleged in the complaint and therefore cannot admit or deny whether such alleged conduct occurred before or after any knowledge they may have acquired concerning Plaintiffs or their alleged intellectual property as described in Paragraph 50.

51.     Defendants deny the allegations contained in Paragraph 51.

52.     Defendants deny the allegations contained in Paragraph 52.

53.     Defendants deny the allegations contained in Paragraph 53.

54.     Defendants deny the allegations contained in Paragraph 54.

## THIRD CLAIM FOR RELIEF

## FALSE ADVERTISING – 15 U.S.C. §1125(a)(1)(B)

55.     Defendants reallege and incorporate by reference their responses to Paragraphs 1 through 54.

56.     Defendants deny the allegations contained in Paragraph 56.

57.     Defendants deny the allegations contained in Paragraph 57.

58.     Defendants deny the allegations contained in Paragraph 58.

59.     Defendants deny the allegations contained in Paragraph 59.

60.     Defendants deny the allegations contained in Paragraph 60.

CHRISTIE, PARKER & HALE, LLP

**FOURTH CLAIM FOR RELIEF**

**DILUTION OF FAMOUS MARK – 15 U.S.C. §1125(c)**

61.    Defendants reallege and incorporate by reference their responses to Paragraphs 1 through 60.

62.    Defendants deny the allegations contained in Paragraph 62.

63.    Defendants deny the allegations contained in Paragraph 63.

64.    Defendants deny the allegations contained in Paragraph 64.

65.    Defendants deny the allegations contained in Paragraph 65.

**FIFTH CLAIM FOR RELIEF**

**CALIFORNIA STATUTORY UNFAIR COMPETITON**

**Cal. Business & Professions Code – §17200, *et seq.***

66.    Defendants reallege and incorporate by reference their responses to Paragraphs 1 through 65.

67.    Defendants deny the allegations contained in Paragraph 67.

68.    Defendants deny the allegations contained in Paragraph 68.

69.    Defendants deny the allegations contained in Paragraph 69.

70.    Defendants deny the allegations contained in Paragraph 70.

**SIXTH CLAIM FOR RELIEF**

**CALIFORNIA STATUTORY FALSE ADVERTISING**

**Cal. Business & Professions code §17500, *et seq.***

71.    Defendants reallege and incorporate by reference their responses to Paragraphs 1 through 70.

72.    Defendants deny the allegations contained in Paragraph 72.

73.    Defendants deny the allegations contained in Paragraph 73.

74.    Defendants deny the allegations contained in Paragraph 74.

75.    Defendants deny the allegations contained in Paragraph 75.

CHRISTIE, PARKER & HALE, LLP

## SEVENTH CLAIM FOR RELIEF

## CALIFORNIA COMMON LAW UNFAIR COMPETITION

76.     Defendants reallege and incorporate by reference their responses to Paragraphs 1 through 75.

77.     Defendants deny the allegations contained in Paragraph 77.

78.     Defendants deny the allegations contained in Paragraph 78.

79.     Defendants deny the allegations contained in Paragraph 79.

80.     Defendants deny the allegations contained in Paragraph 80.

81.     Defendants deny the allegations contained in Paragraph 81.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Defendants' conduct constitutes fair use of any allegedly copyrighted material and any purported trademarks.

## SECOND AFFIRMATIVE DEFENSE

On information and belief, the asserted copyrights are invalid and unenforceable.

## THIRD AFFIRMATIVE DEFENSE

On information and belief, Plaintiffs are not the owners of the allegedly copyrighted material.

## FOURTH AFFIRMATIVE DEFENSE

On information and belief, all or part of the allegedly copyrighted work is in the public domain.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs are barred from relief by the doctrine of unclean hands.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs are barred from relief by the doctrine of waiver.

CHRISTIE, PARKER & HALE, LLP

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs are barred from relief by the doctrine of laches.

## EIGHT AFFIRMATIVE DEFENSE

Plaintiffs are barred from relief by the doctrine of estoppel.

## PRAYER FOR RELIEF

WHEREAS, Defendants pray for judgment as follows:

1.     That Plaintiffs take nothing by their complaint;

2.     That the Court determine and declare that Defendants have not engaged in acts constituting copyright infringement, false designation of origin, false advertising, trademark dilution, or common law unfair competition or in acts in violation of Cal. Bus. & Prof. Code §§ 17200, 17500;

3.     That the Court award Defendants their attorneys' fees pursuant to 17 U.S.C. § 505, 15 U.S.C. § 1117, or any other applicable statute;

4.     That the Court award Defendants their costs of suit; and

5.     That the Court grant such other relief as the Court deems just and proper.


DATED:  February 28, 2013             Respectfully submitted,

                                      CHRISTIE, PARKER & HALE, LLP


                                      By___/s/Steven E. Lauridsen_____
                                         Steven E. Lauridsen

                                      Attorneys for Defendants,
                                      SMASH PICTURES, INC., DANIEL
                                      QUINN, STUART WALL, JAMES
                                      LANE aka JIM POWERS and RIGHT
                                      ASCENSION
                                      d/b/a ADULT DVD EMPIRE

CHRISTIE, PARKER & HALE, LLP

1

## <u>JURY DEMAND</u>

2

Defendants demand a trial by jury to decide all issues so triable in this case.

3

4   DATED:  February 28, 2013          Respectfully submitted,

5                                      CHRISTIE, PARKER & HALE, LLP

6

7                                      By___/s/Steven E. Lauridsen_____
                                          Steven E. Lauridsen
8
                                       Attorneys for Defendants,
9                                      SMASH PICTURES, INC., DANIEL
                                       QUINN, STUART WALL, JAMES
10                                     LANE aka JIM POWERS and RIGHT
                                       ASCENSION
11                                     d/b/a ADULT DVD EMPIRE

12

13
      SCL PAS1220858.1-*-02/28/13 2:02 PM
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP