| | |
|---|---|
| 1 | **HOWARD A. KROLL, CA Bar No. 100981** |
| 2 | howard.kroll@cph.com<br>**STEVEN E. LAURIDSEN, CA Bar No. 246364** |
| 3 | steven.lauridsen@cph.com<br>**CHRISTIE, PARKER & HALE, LLP** |
| 4 | 655 N. Central Avenue, Suite 2300<br>Glendale, California 91203-1445 |
| 5 | Telephone: (626) 795-9900<br>Facsimile:   (626) 577-8800 |
| 6 | Attorneys for Defendants, |
| 7 | SMASH PICTURES, INC.,<br>DANIEL QUINN, STUART WALL; JAMES |
| 8 | LANE aka JIM POWERS and<br>RIGHT ASCENSION, INC. d/b/a |
| 9 | ADULT DVD EMPIRE |

UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | FIFTY SHADES LIMITED, a United Kingdom private company; and | Case No. CV12-10111 ABC (SHx) |
| 13 | UNIVERSAL CITY STUDIOS LLC, a Delaware limited liability company, | **NOTICE OF RELATED CASES** |
| 14 | | |
| 15 | Plaintiffs, | |
| 16 | vs. | |
| 17 | SMASH PICTURES, INC., a California corporation; LUV MOVES, | |
| 18 | a business entity of unknown form; DANIEL QUINN, an individual; | |
| 19 | STUART WALL, an individual; JAMES LANE aka JIM POWERS, an | |
| 20 | individual; RIGHT ASCENSION, INC., d/b/a ADULT DVD EMPIRE, a | |
| 21 | Pennsylvania corporation; and DOES 1 through 10, inclusive, | |
| 22 | Defendants. | |

Pursuant to Local Rule 83-1.3, Defendants Smash Pictures, Inc., Daniel Quinn, Stuart Wall, James Lane aka Jim Powers, and Right Ascension Inc., d/b/a Adult DVD Empire give notice that this case is not related

CHRISTIE, PARKER & HALE, LLP

-1-

to any other matters in the Central District of California, either pending or previously filed.

DATED: February 28, 2013

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By  /s/Steven E. Lauridsen
Steven E. Lauridsen

Attorneys for Defendants,
SMASH PICTURES, INC., DANIEL QUINN, STUART WALL, JAMES LANE aka JIM POWERS and RIGHT ASCENSION
d/b/a ADULT DVD EMPIRE

SCL PAS1220784.1-*-02/28/13 11:30 AM

CHRISTIE, PARKER & HALE, LLP

-2-