**DENIED BY ORDER OF THE COURT.**

E-FILED 03/04/13
LINK #26

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIFTY SHADES LIMITED, a United Kingdom private company; and UNIVERSAL CITY STUDIOS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>SMASH PICTURES, INC., a California corporation; LUV MOVES, a business entity of unknown form; DANIEL QUINN, an individual; STUART WALL, an individual; JAMES LANE aka JIM POWERS, an individual; RIGHT ASCENSION, INC., d/b/a ADULT DVD EMPIRE, a Pennsylvania corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV12-10111 PSG (SHx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE THE PRELIMINARY INJUNCTION HEARING TO ALLOW FOR DISCOVERY** |

1 The Court, having read and considered the papers supporting and opposing Defendants' Ex Parte Application to Continue the Preliminary Injunction Hearing to Allow for Discovery, and good cause appearing,

**IT IS ORDERED** that the application is granted and that the hearing on the motion for preliminary injunction (D.I. 19) is continued to _____ at 1:30 p.m. The Court also is willing to entertain further continuances to ensure an adequate record is developed for this motion. The Court's willingness to grant such continuances will be based primarily on Plaintiffs' cooperation, or lack thereof, with Defendants in conducting discovery on this motion.

**IT IS FURTHER ORDERED** that Defendants may conduct discovery concerning the motion for preliminary injunction prior to the parties' Rule 26(f) conference.

**IT IS SO ORDERED.**

03/04/13                              DENIED
                                     _____
                                     Hon. Philip S. Gutierrez
                                     U.S. District Judge

SCL PAS1220979.1-*-02/28/13 3:26 PM

CHRISTIE, PARKER & HALE, LLP

-2-

# CERTIFICATE OF SERVICE

I certify that on February 28, 2013, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **[Proposed] Order Granting Defendants' Ex Parte Application to Continue the Preliminary Injunction Hearing to Allow for Discovery** was served on the parties in this action via facsimile:

> Andrew J. Thomas
> David R. Singer
> Lisa J. Kohn
> JENNER & BLOCK LLP
> 633 West 5th Street, Suite 3600
> Los Angeles, CA 90071
> Phone: 213-239-5100
> Facsimile: 213-239-5199

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on February 28, 2013 at Glendale, California.

_____
Susan Lovelace

CHRISTIE, PARKER & HALE, LLP