| | |
|---|---|
| 1 | JENNER & BLOCK LLP |
| 2 | Andrew J. Thomas (SBN 159533) |
|   | ajthomas@jenner.com |
| 3 | David R. Singer (SBN 204699) |
|   | dsinger@jenner.com |
| 4 | Lisa J. Kohn (SBN 260236) |
|   | lkohn@jenner.com |
| 5 | 633 West 5th Street, Suite 3600 |
|   | Los Angeles, CA 90071 |
| 6 | Telephone:  (213) 239-5100 |
|   | Facsimile:   (213) 239-5199 |
| 7 | |
|   | Attorneys for Plaintiffs |
| 8 | Fifty Shades Limited and |
|   | Universal City Studios LLC |
| 9 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIFTY SHADES LIMITED, a United Kingdom private company; and UNIVERSAL CITY STUDIOS LLC, a Delaware limited liability company, | Case No.  CV 12-10111-PSG (SHx) |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | **[Local Rule 16-15.7]** |
| SMASH PICTURES, INC., a California corporation; LUV MOVES, a business entity of unknown form; DANIEL QUINN, an individual; STUART WALL, an individual; JAMES LANE aka JIM POWERS, an individual; RIGHT ASCENSION, INC., d/b/a ADULT DVD EMPIRE, a Pennsylvania corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Notice of Settlement

PLEASE TAKE NOTICE that plaintiffs Fifty Shades Limited and Universal City Studios LLC and defendants Smash Pictures, Inc., Luv Moves, Daniel Quinn, Stuart Wall, James Lane aka Jim Powers, and Right Ascension, Inc. dba Adult DVD Empire have reached an agreement to settle this matter upon payment of a confidential sum by Smash Pictures to Plaintiffs and upon entry by the Court of a Stipulated Judgment for Permanent Injunction with respect to Plaintiffs' claims for copyright and trademark infringement.  The parties anticipate filing with the Court a Stipulation and Proposed Judgment for Permanent Injunction within ten (10) days.

Accordingly, the parties jointly request that the Court take the April 1, 2013 hearing on Plaintiffs' motion for preliminary injunction off calendar.

DATED:  March 8, 2013        JENNER & BLOCK LLP


By   s/Andrew J.Thomas_____
     Andrew J. Thomas

Attorneys for Plaintiffs,
FIFTY SHADES LIMITED and
UNIVERSAL CITY STUDIOS LLC

DATED:  March 8, 2013        CHRISTIE, PARKER & HALE, LLP


By   s/Howard A. Kroll_____
     Howard A. Kroll

Attorneys for Defendants
SMASH PICTURES, INC.,  LUV MOVES, DANIEL QUINN, STUART WALL, JAMES LANE aka JIM POWERS, and RIGHT ASCENSION, INC. dba ADULT DVD EMPIRE